(1)

RECEIVED OCT - 7 2016 PRO SE OFFICE

United States District Court
Eastern District of New York
225 Cadman Plaza East
Bklyn N.Y. 11201

Civil Rights Violation
4th Amendment
5th Amendment

Mr. Bonnay Benford — N.Y.S. 14th - 15th
   Plainiff,  Amendment

  Against

New York City Police Department — Defendants
81st Precint - Task force division
Officer- Denisha Pierre - Officer Edmond McDonald
Officer- Robert Youngs - Officer Kevon Deleon.

1. I, Mr. Bonnay Benford, am the above mentioned plainiff in this Civil Rights Suit in direction of my Civil Rights and Human Rights Violation

2. I, Mr. Bonnay Benford, reside at 95 Saratoga Ave. Bklyn N.Y. 11233

3. The above mentioned defendants are police officers designed under the jurisdiction of the 81st Precint located at Gates Ave. Bklyn N.Y. 11233



4. The above mentioned officers approached me without probable cause.

* The above mentioned officers spit in my face and made deragatory statements not only towards myself " But also mentioned deratgatory statements towards my mother As well.

* They above mentioned officers "quoted" after I was slapped across my face and also kicked in my groin area! "I'm a peice of shit" and the should have blown me away

5. Under guidelines of law and ethics of these officers is slandering a new protocol within the structure "Protect and serve people"

6. The above mentioned officers took part in my apprehension with no probable cause, This is a travesty to say the least. I feared for my life as it was constantly mentioned to me in which lot within the neighborhood that my mother should find me! Until the present time I still have nightmares of this deadly encounter!!

7. Until this present time the above mentioned officers have distilled a fear within my soul that will never be forgotten! This concern has sent me into a deep depression and stress disorder. I not only fear for my life, "I truly fear for the life of my loved ones as well!"

8. The main concern and the production of this Civil Rights Suit is formated and directed to approach these officers and bring their uncomprehesible behavoir to the attention of a Magistrate Judge that can elighten them to the fact that their behavoir cannot and will not go overlooked!

To bring and submit to a Federal Judge that a person's rights should in fact no way be violated to obtain an arrest!

To send a clear and precise message that they themselves are not above the law.

To send a message that upon applying these unethical tactics will not go without consequences for their actions as well as their misguided conduct within the public in whom they're hired to protect!



Your Honorable Magistrate Judge, in whom this case will be assigned to in regards to this Civil Rights Suit!

Not only! I pray that it be handled with care and concern! In that im afforded the opportunity to tell my wife, my children and family members that matters arent only in the hands of God!! But that we can all rest assure that threats against my life as well as their lives cannot be carried out! By a squad of "Goons" equipped and hiding behind their schedules of indecent behavoir

Your Honorable Magistrate Judge in whom shall have jurisdiction over this case. I humbly request that I be afforded the opportunity of fairness and justice according to ethics and moral integrity.

Your Honorable Magistrate along with this affidavit, Im sending conspired documentation of my arrest! Im sending information and documents in which was divided seperately among these officers.

(5)

Your Honorable Judge. Can u please take consideration into this case as I will take you on a journey of a tactical orchestrated illegal arrest that carried itself out on June 25, 2016 at 2:40 Am when I was approached without propability! Your Honorable Judge, I'm addressing your jurisdiction first and formost to have the opportunity "Under The freedom of Imformation Act" in which its my federal right to be afforded the opportunity to have any imformation in regards to behavoir that was either excessive! Or inappropiate! As well as any discipline actions that was brought against any of these officers.

Upon my Arraignment in Criminal Court with an initiated $500.00 bail to a ransom of $100,000. An attorney was appointed to me in Criminal Court in which I was disregarded and ambushed by federal officers with complete violations of all rights.

I'm requesting $10,000,000 in this suit.

October 6th, 2016            Mr. Bompay Bendford

81 sf      Arrest date

Discovery Material of all officers involved

Denisha Pierre -1     *4 day*

                Federal

Edmond McDonald.

             Case filed in federal

Robert Youngs    Court June 30, 2016

           12:56 pm

Levin Deleon    Criminal Arrest date

          June 26, 2016

U-FBI (Sprint Sheet)

     June 25, × August 14, 2016

          (Omnibus Motion)

foreperson - Mr. Robert Heffman

Mr. Robert Capers
   United States Attorney
Eastern District of New York
T. 18, U.S.C. 922(g)(1), 924(d)(1), 3551 et seq, 731.
   USC.
Assitant U.S. Attorneys (Tel) 254-7000
Questions concerning

24 hr arraignment and $50.00 bail
To a skyrocketed $100,000 bail "By U.S. Attorneys
   for the Eastern District of New York
Mrs. Rena Paul - Assistant    (Tel) 254-7575